550 A.2d 1009

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James MITCHELL, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 1988.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal filed by James Mitchell is granted. The order of the Superior Court is reversed and the matter is remanded to the Superior Court

for disposition of the appeal on the merits. Jurisdiction is relinquished.